# IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH KOUNS, AN INDIVIDUAL,
           Appellant,
vs.
M&T BANK BY BAYVIEW LOAN
SERVICING, LLC,
           Respondent.

No. 77679

**FILED**

APR 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Linda Marie Bell, Chief Judge
       John Walter Boyer, Settlement Judge
       Peters & Associates, LLP
       Zieve, Brodnax & Steele, LLP
       Eighth District Court Clerk